UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LACOUR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARSHALLS OF CA, LLC, a Virginia limited liability corporation; MARSHALLS OF MA, INC., a Massachusetts corporation; THE TJX COMPANIES, INC., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:20-cv-07641-WHO<br>Case No. 3:21-cv-00722-WHO<br><br>**ORDER GRANTING DEFENDANTS MARSHALLS OF CA, LLC; MARSHALLS OF MA, INC.; AND THE TJX COMPANIES, INC.'S PETITION TO CONFIRM ARBITRATION AWARD** |

Defendants MARSHALLS OF CA, LLC; MARSHALLS OF MA, INC. and THE TJX COMPANIES, INC.'s ("Defendants") petitions in both of these cases to confirm the Final Arbitration Award against Plaintiff ROBERT LACOUR. Plaintiff does not oppose the petitions. *See* Dkt. No. 40 in Case No. 20-cv-07641; Dkt. No. 42 in Case No. 21-cv-00722.[1]

The unopposed petitions to confirm the Final Arbitration Award is GRANTED. IT IS HEREBY ORDERED that judgment is entered in both of these cases in conformity with the Final Arbitration Award issued by Arbitrator Lesley Green on June 25, 2024. A copy of the Final Arbitration Award is attached at Dkt. No. 39-7 in Case No. 20-cv-07641.

IT IS SO ORDERED.

Dated: January 24, 2025

_____
HON. WILLIAM H. ORRICK
U.S. DISTRICT COURT JUDGE

---

[1] Plaintiff's non-opposition is not construed as a waiver of the right to appeal the order compelling arbitration.

1